1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7   LORENZO ENRIQUEZ, et al.,

8         Plaintiffs,

9     v.

10  RENEW FINANCIAL, LLC, et al.,

11        Defendants.

12

Case No.  1:20-cv-00914-DAD-SAB

ORDER RE STATUS OF ACTION

SEVEN DAY DEADLINE

13   Plaintiffs Lorenzo Enriquez and Yolanda Enriquez filed this action on July 1, 2020.
14 (ECF No. 1.)   On September 1, 2020, the scheduling order issued setting the mandatory
15 scheduling conference in this action for September 11, 2020.  (ECF No. 2.)  On August 20, 2020,
16 the scheduling conference was continued to allow service to be effected and for an answer to be
17 filed.  (ECF No. 5.)  On September 3, 2020, Plaintiffs filed a proof of service, and on September
18 4, 2020, a first amended complaint was filed.  (ECF Nos. 6,7.)  On September 10, 2020, a waiver
19 of service was returned with the answer to the first amended complaint due on November 9,
20 2020.  (ECF No. 9.)

21   Currently there is a scheduling conference set in this matter for December 8, 2020.  (ECF
22 No. 5.)  However, no answer to the first amended complaint has been filed.  Pursuant to Rule 12
23 of the Federal Rules of Civil Procedure, a responsive pleading from Renew Financial LLC was
24 due within twenty-one days of the filing of the amended complaint and a responsive pleading
25 from Defendants Renew Financial Group, LLC and Renew Financial Holdings Inc. was due
26 sixty days after the request for a waiver was sent.  Fed. R. Civ. P. 12(a)(1).  More than sixty days
27 have passed and no responsive pleading, stipulation to extend time for defendant to respond to
28 the complaint, nor request for entry of default have been filed.

1

1    Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of entry

2 of this order, Plaintiff shall either file a request for entry of default or notice regarding the status

3 of this action.

4

5 IT IS SO ORDERED.

6 Dated:    **November 16, 2020**

                                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28